Nov. Term,
1860.                           Smith and Others *v.* Pierce.

Midkiff
v.               APPEAL from the *Grant* Circuit Court.
Boggess.
                 *Per Curiam.*—Suit to foreclose a mortgage payable in
*Wednesday,*      installments, but where the installments were all due.
*December 5.*       The Court did not inquire as to the susceptibility of divi-
                 sion of the mortgaged premises. The case did not require
                 such inquiry of the Court. *Harris* v. *Makepeace*, 13 Ind. 560.
                   The judgment is affirmed, with 5 per cent. damages and
                 costs.
                   *H. S. Kelley, A. Steele* and *H. D. Thompson*, for appel-
                 lants.
                   *R. T. St. John*, for appellee.

---

Midkiff *v.* Boggess and Another.

*Thursday,*       APPEAL from the *Shelby* Common Pleas.
*December 6.*
                 *Per Curiam.*—Suit upon a note. Answer: that the note
                 was given for the right to vend, in a certain territory, "*Bus-
                 sell's* New Steel Spring, useful for railroad cars, carriages,
                 saddles," &c., which was fraudulently represented, &c.
                   The Court instructed the jury, without reference to any
                 question of fraud or warranty, that if the invention lacked
                 novelty or utility, in its application to any one of the objects
                 for which it was patented, the plaintiff could not recover on
                 the note.
                   The judgment is reversed, with costs. Cause remanded
                 for further proceedings.
                   *S. Major*, for appellant.